1
2
3
4
5            UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    OAKLAND DIVISION
8

| | |
|---|---|
| ROSSANA DANCIL,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al.,<br><br>    Defendants. | Case No. C 16-6330 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: 3/24/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge